# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL STEPHEN WILCOX<br><br>*Defendant(s)* | Case No.<br>5:25-mj- 1118-PRL<br><br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 31, 2025__ in the county of __Marion__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmission of interstate threat to injure |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Erin Tormey, FBI
*Printed name and title*

Sworn to before me over video conference or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: June 13, 2025

_____
*Judge's signature*

City and state: Ocala, FL                Philip R. Lammens, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IN THE MATTER OF THE ISSUANCE
OF A CRIMINAL COMPLAINT FOR        CASE NO. 5:25-mj-1118-PRL
MICHAEL STEPHEN WILCOX

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Erin Tormey, being first duly sworn, hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI and have been so employed for approximately 1.5 years. I am currently assigned to the FBI's Tampa Field Office Orlando Resident Agency, located in Orlando, Florida. My official duties include, but are not limited to, the investigation of domestic terrorism and related crimes as a member of the Joint Terrorism Task Force ("JTTF"). As a Special Agent, I am a federal law enforcement officer under applicable provisions of the United States Code and the Federal Rules of Criminal Procedure. I have received training in and have experience in the enforcement of the laws of the United States, including laws related to threats, domestic terrorism, cyber stalking, conspiracy, extortion, and other related offenses.

2. I submit this affidavit in support of a criminal complaint charging Michael Stephen Wilcox ("**WILCOX**"), a U.S. citizen who resides in Dunnellon, in the Middle District of Florida, with transmitting in interstate commerce a threat to injure, in violation of 18 U.S.C. § 875(c).

3. The statements contained in this affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement officers and computer databases. Because of the limited purpose of this affidavit, I have not included each and every fact known to me. Rather, I have included only those facts necessary to establish probable cause supporting the requested complaint.

**PROBABLE CAUSE**

4. On or about May 31, 2025, Facebook[1] user with display name "SnakeWhip WhipMike" (the "User") posted an image of a firearm being loaded with bullets that stated: "CAN'T EXPECT GOD TO DO ALL THE WORK" ("the Threat"). A screenshot of the Threat is shown below:



---

[1] Facebook is an online social media platform that allows users to post or make comments to online account pages.

5. The Threat appeared as a comment on the "Goblin Market" Facebook account (the "Goblin Market Account"), an account associated with Goblin Market, a discount art market located in Orlando, Florida, that was promoting events in the LGBTQ+ community.[2] Specifically, the Goblin Market Account was promoting the Goblin Market Pride Event (the "Pride Event") scheduled for June 14, 2025 at the Central Florida Fairgrounds in Orlando, Florida. The Pride Event is advertised as Orlando's biggest, free gay pride fest encompassing an array of LGBTQ+ related activities and events.

6. The date of the Pride Event corresponds with the 6-year memorial weekend of the Pulse nightclub mass shooting that occurred on June 12, 2016 in Orlando, during which 49 people were shot and killed at a gay nightclub (the "Pulse Nightclub Shooting"). The Pulse Nightclub Shooting was widely covered across virtually all mainstream media outlets. Additionally, because that shooting occurred in Orlando, the anniversary of the Pulse Nightclub Shooting has recently been covered on local media outlets, as it is every year in June around the time that the Pulse Nightclub Shooting occurred.

7. Based on my training, experience, and knowledge of the Pulse Nightclub Shooting, it is likely that WILCOX knew when he made the Threat that at least some individuals, particularly users who would view the comments on the Goblin Market

---

[2] LGBTQ+ is an acronym that stands for lesbian, gay, bisexual, transgender, and queer, with the "plus" representing other gender identities and sexual orientations.

3

Account (an account related to an art market located in Orlando that supports the LGBTQ+ community), would consider his post to be indicative of a threat of violence, specifically a threat to shoot and kill members and/or supporters of the LGBTQ+ community.

8. Additionally, as shown above, a user with display name "Blue Hunter" stated:

> Please make sure security is upped…it looks like someone in the comments here is plotting to do something…

This reaction illustrates that other Facebook users viewed comments made on that account page as threats of violence. Thus, it is likely that the User would have known that his Threat would also be viewed as a threat of violence.

9. FBI investigation has shown that, in addition to the above-shown Threat, the User of "SnakeWhip WhipMike" has recently made several other anti-LGBTQ+ posts on various social media platforms. The User also made the same Threat on Goblin Market's Instagram account,[3] as shown below:

---

[3] Instagram is another online social media platform that allows users to post or make comments to online account pages.



10. On June 13, 2025, the FBI Tampa Division – Orlando Resident Agency first became aware of the Threat after the FBI's National Threat Operations Center (NTOC) received a tip about it. FBI agents in Orlando immediately began coordinating with the Orlando Police Department ("OPD"),[4] researching open-source information to identify the User, and seeking legal process through the United States Attorney's Office.

11. Open-source investigation on "SnakeWhip WhipMike" has shown an associated email account that belongs to "Michael Stephen Wilcox." The "SnakeWhip WhipMike" Instagram account also includes photographs of an

---

[4] OPD indicated that it had received notice of the above-describe post a few days prior to FBI and immediately began coordinating with the Pride Event organizers to provide additional security at the Pride Event.

5

individual that appears to be the same person shown in the Florida Driver and Vehicle Information Database ("DAVID") photograph for WILCOX. OPD is familiar with WILCOX and indicated that he has a history of mental health issues.

## CONCLUSION

12. Based on the foregoing information, I respectfully submit that probable cause exists to believe that WILCOX knowingly transmitted in interstate commerce a true threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

_____
Erin Tormey
Special Agent
FBI

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this 13TH day of June 2025.

_____
HON. PHILIP R. LAMMENS
United States Magistrate Judge

6