UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL STEPHEN WILCOX,
 a/k/a "SnakeWhip WhipMike"
 a/k/a "snakewhipmike"

CASE NO. 6:25-cr-201-WWB-LHP
18 U.S.C. § 875(c)
(transmission of interstate threat to injure)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Transmission of Interstate Threat to Injure)

On or about May 31, 2025, in the Middle District of Florida, and elsewhere, the defendant,

MICHAEL STEPHEN WILCOX,
 a/k/a "SnakeWhip WhipMike
 a/k/a "snakewhipmike

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure and kill another person, that is, an online post targeting a planned LGBTQ+ pride event that showed the image of a gun being loaded with bullets and that included the statement, "CAN'T EXPECT GOD TO DO ALL THE WORK," with the intent to communicate a true threat of violence and with

recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL,

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
KARA M. WICK
Assistant United States Attorney
Deputy Chief, National Security Section

By: _____
DANIEL J. MARCET
Assistant United States Attorney
Chief, National Security Section

FORM OBD-34
July 25

No. _____

---

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

---

THE UNITED STATES OF AMERICA

vs.

MICHAEL STEPHEN WILCOX
a/k/a "SnakeWhip WhipMike"
a/k/a "snakewhipmike"

---

INDICTMENT

Violations: 18 USC 875(c)

---

A true bill,

_____
Foreperson

---

Filed in open court this 16th day

Of July, 2025.

_____
Clerk

---

Bail $ _____